**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
YOSEMITE DIVISION**
9004 Castle Cliffs Court, Yosemite, CA 95389

| | |
|---|---|
| UNITED STATES OF AMERICA, | CONDITIONS OF RELEASE AND PROMISE TO APPEAR |
| | 6:16-mj-00078 MJS |
| VS. | |

Nestor Ivan Bara-Jasperez.

**CONDITIONS**

In accordance with this Court's July 1, 2011, **"Standing Order Re: Release on Own Recognizance in Yosemite National Park"**, the following conditions of release apply to and shall be accepted and complied with by the above-named Defendant as a condition of his/her being released from custody prior to his/her initial court appearance:

1) You shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence if and when sentence is imposed.

2) You shall not commit any federal, state or local crime during the period of your release.

3) You shall immediately advise the Court, defense counsel and the Yosemite National Park Law Enforcement Office, in writing, if arrested or cited by a law enforcement officer for any offense other than a non-moving traffic violation.

4) You shall not harass, threaten, intimidate, injure, or retaliate against any witness, victim, informant, juror or officer of the court, tamper with any evidence relating to the alleged crime or obstruct any criminal investigation.

5) You shall provide the Yosemite National Park Law Enforcement Office with your correct current address and telephone number and immediately notify the court, defense counsel, and Yosemite Law Enforcement in writing of any change in your address or telephone number.

6) You shall cooperate in the collection of a DNA sample if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 USC 14135 a).

7) You shall appear before the U.S. District Court for the Eastern District of California, Yosemite Division, 9004 Castle Cliffs Court, Yosemite, California, at 0900      AM   PM

   on 1st day, November, 2016.

8) If you fail to appear at the time, date and place set out above or otherwise fail to comply with all of these conditions, a warrant may be issued for your arrest.

## ACKNOWLEDGMENT AND AGREEMENT BY DEFENDANT

I understand and agree to the above conditions of release. I will appear at the time, date and place set forth above.

_Nestor Barajas_                                    _9/4/16_
Signature of Defendant Being Released               Date of Signature

## CERTIFICATION OF RELEASING OFFICER

I declare that the foregoing conditions of release were read by (or, if necessary, read in his/her primary language to) the Defendant being released, that said Defendant signed the Acknowledgment and Agreement, above, in my presence, and that said Defendant was given a copy of this document.

_[signature]_                                       _09/09/2016_
Signature of Releasing Officer                      Date of Signature

2

REQUEST FOR TRANSLATOR

The above conditions were read to me in ___English___ (language.)
I request a ___Spanish___ (language) translator be available at that time, date and place set forth above.

___Verbal___  ___9/4/16___
Signature of Defendant          Date of Signature