1 | Susan St. Vincent
2 | Legal Officer
3 | NATIONAL PARK SERVICE
  | Legal Office
  | P.O. Box 517
4 | Yosemite, California  95389
  | Telephone:  (209) 372-0241
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | EASTERN DISTRICT OF CALIFORNIA
10

| UNITED STATES OF AMERICA, | No. 6:16-mj-0078-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| NESTOR IVAN BARAJAS-PEREZ, | |
| Defendant. | |

The parties have reached an agreement wherein the Government will move to dismiss the Complaint in the above referenced matter, and issue a citation to the Defendant for Driving with a Suspended License.  Defendant will pay the $250 forfeiture amount listed in the Magistrate Bail Schedule along with the $30 processing fee, to the Central Violation Bureau within 30 days of receipt of the citation.  Accordingly, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice.

//

//

//

Dated: December 14, 2016    NATIONAL PARK SERVICE

      /S/ Susan St. Vincent
Susan St. Vincent
Legal Officer

### ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Barajas-Perez* 6:16-mj-0078-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 14, 2016       /s/ *Michael J. Seng*
                                                      UNITED STATES MAGISTRATE JUDGE